Prob 12B
(7/93)

# UNITED STATES DISTRICT COURT

for the

**District of Nebraska**

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

06 FEB 17 PM 3:38

OFFICE OF THE CLERK

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
(Probation Form 49, Waiver of Hearing is Attached)

**Name of Offender:** Clinton Michael Reed      **Docket Number:** 8:00CR196

**Sentencing Judge:**        The Honorable Joseph F. Bataillon
                             Chief U.S. District Judge

**Date of Original Sentence:**   September 14, 2001

**Original Offense:**        Failure to Pay Child Support, 18 U.S.C. 228(a)(3)

**Original Sentence:**       5 years probation

**Type of Supervision:**     Probation

**Date Supervision Commenced:**  September 14, 2001

---

## PETITIONING THE COURT

___   To extend the term of supervision for _____, for a total term of _____

 X    To modify the conditions of supervision as follows:

**Defendant shall participate in the Home Detention program for a period of <u>four</u> months. During this time, defendant will remain at defendant's place of residence except for employment and other activities approved in advance by defendant's Probation Officer. Defendant will be subject to the standard conditions of Home Detention adopted for use in the Middle District of Florida, which may include the requirement to wear an electronic monitoring device and to follow electronic monitoring procedures specified by the Probation Officer. Further, the defendant shall be required to contribute to the costs of these services not to exceed an amount determined reasonable by the Probation Office based on ability to pay and in conformance with the Probation Office's Sliding Scale for Electronic Monitoring Services.**

## CAUSE

On January 16, 2006, January 21, 2006, and January 26, 2006, Mr. Reed submitted urinalysis samples which subsequently tested positive for the presence of cannabis (THC). Mr. Reed's probation supervision is set to expire September 13, 2006. The probation office believes this modification will act as an appropriate sanction for the illegal drug use while allowing the defendant to continue working and paying restitution while participating in drug treatment.

Respectfully submitted,

Douglas D. Steensma
U.S. Probation Officer

Reviewed by,

John A. Hill, Supervising
U.S. Probation Officer

Date February 14, 2006

## THE COURT ORDERS

___ No Action

___ The Extension of Supervision as noted above

_X_ The Modification of Conditions as noted above

___ Other

The Honorable Joseph F. Bataillon
Chief U.S. District Judge

2/17/06
Date

PROB 49
(4/05)

# United States District Court

District of Nebraska

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

Defendant shall participate in the Home Detention program for a period of four months. During this time, defendant will remain at defendant's place of residence except for employment and other activities approved in advance by defendant's Probation Officer. Defendant will be subject to the standard conditions of Home Detention adopted for use in the Middle District of Florida, which may include the requirement to wear an electronic monitoring device and to follow electronic monitoring procedures specified by the Probation Officer. Further, the defendant shall be required to contribute to the costs of these services not to exceed an amount determined reasonable by the Probation Office based on ability to pay and in conformance with the Probation Office's Sliding Scale for Electronic Monitoring Services.

Witness: _____  Signed: _____
U.S. Probation Officer                Probationer or Supervised Releasee

1-27-06
Date